AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greene, John T. | U.S. District Court- Utah | 05/07/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>350 South Main #447<br>Salt Lake City, UT | Reviewing Officer_____ Date_____ |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 AUG 19 A 10: 55 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Greene, John T

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T. | 05/07/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AO | 9/3/08-9/7/08 | Colorado Springs, CO | 10th Circuit Bench & Bar | Transporation, lodging, food. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T. | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. -Brokerage Account #1 (Prudential) (Dormant Acct) | | | | | | | | | |
| 2. Brokerage Account #2 (Wachovia) | | | | | | | | | |
| 3. --Money Market | A | Interest | J | T | | | | | |
| 4. --Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 5. --Yum Brands | A | Dividend | J | T | | | | | |
| 6. --Fidelity National Information (formerly Certegy) | A | Dividend | J | T | | | | | |
| 7. --Amer Cap Strategies | A | Dividend | J | T | | | | | |
| 8. IRA #1 (Equitable Life-Equivest) | | | | | | | | | |
| 9. Equitable Life Money Market | A | Interest | J | T | | | | | |
| 10. --EQ/ Quality Bond PLUS | A | Dividend | J | T | | | | | |
| 11. --EQ/ Alliance Bernstein Common Stock | A | Dividend | J | T | | | | | |
| 12. --EQ/Blackrock Basic Value Eqty | A | Dividend | J | T | | | | | |
| 13. --EQ/JP Morgan Value Opportunities | A | Dividend | J | T | | | | | |
| 14. --EQ/Large Cap Value PLUS | A | Dividend | J | T | | | | | |
| 15. --Mulitmanager Aggressive Equity | A | Dividend | J | T | | | | | |
| 16. --EQ/Mid Cap Value PLUS | A | Dividend | J | T | | | | | |
| 17. --Guaranteed Interest Account | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IRA #3 Morgan Stanley (formerly with Zions Investments) | | | | | | | | | |
| 19. --Pershing Money Fund | A | Interest | J | T | | | | | |
| 20. --MFS Strategic Income A | A | Dividend | J | T | Redeemed | 12/15 | J | B | |
| 21. --Cisco Systems Stock | A | Dividend | J | T | Sold | 12/15 | J | B | |
| 22. --MFS Govt. Securities A | A | Dividend | J | T | Redeemed | 05/06 | J | B | |
| 23. --Eaton Vance World Health Sci A | A | Dividend | J | T | Redeemed | 05/06 | J | B | |
| 24. --Franklin Income A | A | Dividend | J | T | Redeemed | 12/15 | J | D | |
| 25. --Franklin Strategic Inc A | A | Dividend | J | T | Redeemed | 12/15 | J | B | |
| 26. --Franklin Mutual Beacon A | A | Dividend | J | T | Redeemed | 12/15 | J | D | |
| 27. --MFS Research A | A | Dividend | J | T | Redeemed | 12/15 | J | B | |
| 28. --MFS Investors Trust A | A | Dividend | J | T | Redeemed | 12/15 | J | B | |
| 29. --Templeton Growth Fund A | A | Dividend | J | T | Redeemed | 05/06 | J | D | |
| 30. --Gateway Fund A | A | Dividend | J | T | Buy | 12/17 | J | | |
| 31. --Rydex Managed Futures STR A | A | Dividend | J | T | Buy | 12/17 | J | | |
| 32. --Blackrock Equity Dividend A | A | Dividend | J | T | Buy | 12/17 | J | | |
| 33. --Mainstay Hi Yld Corp Bond A | A | Dividend | J | T | Buy | 12/17 | J | | |
| 34. --Ivy Large Cap Grw A | A | None | J | T | Buy | 12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Pimco Total Return A | A | Dividend | J | T | Buy | 12/17 | J | | |
| 36. --Pimco Low Duration Fd A | A | Dividend | J | T | Buy | 12/17 | J | | |
| 37. --Mainstay Large Cap Grw A | A | None | J | T | Buy | 12/17 | J | | |
| 38. --Pioneer Cullen Val A | A | Dividend | J | T | Buy | 12/17 | J | | |
| 39. --Artio Intl Eq II A | A | Dividend | J | T | Buy | 12/17 | J | | |
| 40. --Hartford Cap Appreciation II A | A | None | J | T | Buy | 12/17 | J | | |
| 41. --Blackrock Inflat Prot Bond A | A | Dividend | J | T | Buy | 12/17 | J | | |
| 42. --TCW Total Ret Bd N | A | Dividend | J | T | Buy | 12/17 | J | | |
| 43. --Nuveen Tradewinds Intl Val A | A | Dividend | J | T | Buy | 12/17 | J | | |
| 44. --Lazard Emerging Markets Open | A | Dividend | J | T | Buy | 12/17 | J | | |
| 45. --JP Morgan Hibrg Stat Mkt Neu A | A | Dividend | J | T | Buy | 12/17 | J | | |
| 46. -- Dryden Sh Trm Corp Bd A | A | Dividend | J | T | Buy | 12/17 | J | | |
| 47. --Templeton Global Bd Fd A | A | Dividend | J | T | Buy | 12/17 | J | | |
| 48. --Franklin Mutual Discovery Fd A | A | Dividend | J | T | Buy | 05/06 | J | | |
| 49. " | A | Dividend | J | T | Redeemed | 12/15 | J | A | |
| 50. --MFS Inflation Adjusted Bond A | A | Dividend | J | T | Buy | 05/06 | J | | |
| 51. " | A | Dividend | J | T | Redeemed | 12/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --E V Strategic Income A | A | Dividend | J | T | Buy | 05/06 | J | | |
| 53. " | A | Dividend | J | T | Redeemed | 12/15 | J | A | |
| 54. Brokerage Acct #3 (Morgan Stanley) (JTG) (formerly w/ Zions) | | | | | | | | | |
| 55. --MMF & Bank Deposits | A | Interest | J | T | | | | | |
| 56. --Sun America Tax Exempt Ins A | A | Dividend | J | T | | | | | |
| 57. --Aquila Tx Fr Tr Utah C | A | Interest | J | T | | | | | |
| 58. --DWS Dreman Value Inc Edge Fund | A | Dividend | J | T | Buy (add'l) | 05/06 | J | A | |
| 59. --DWS Dreman Value Inc Edge Fund | A | Dividend | J | T | Redeemed (part) | 05/06 | J | A | |
| 60. --Alliance Growth & Income A | A | Dividend | J | T | | | | | |
| 61. --Alliance Global Bond | A | Dividend | J | T | Buy | 05/06 | J | | |
| 62. --Unit Van Kampen LBO series 71 | A | Dividend | J | T | | | | | |
| 63. --Pepco Holdings Stock | A | Dividend | J | T | | | | | |
| 64. Glaxo Welcome- Smith Klein Stock | A | Dividend | J | T | | | | | |
| 65. Hewlitt-Packard | A | Dividend | J | T | | | | | |
| 66. Walgreens | A | Dividend | J | T | | | | | |
| 67. Equifax, Inc. | A | Dividend | J | T | | | | | |
| 68. Exxon Mobil | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. General Electric | A | Dividend | J | T | | | | | |
| 70. Goodyear Tire & Rubber | A | Dividend | J | T | | | | | |
| 71. Macy's (held by Federated Dept. Stores) | A | Dividend | J | T | | | | | |
| 72. J.C. Penney | A | Dividend | J | T | | | | | |
| 73. J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 74. U.S. Govt. EE Series Bonds | A | Interest | K | T | Buy Monthly | ea/mo | K | | |
| 75. U.S. Treasury T-Bills | D | Interest | M | T | Buy | | J | | |
| 76. 2-year Tresury Note | A | Interest | J | T | | | | | |
| 77. 10-year Treasury Note | A | Interest | J | T | | | | | |
| 78. Zions First National Bank- MM & Checking | A | Interest | K | T | | | | | |
| 79. Associated Federal Employees Credit Union | A | Interest | J | T | | | | | |
| 80. Beehive Cred. Union | A | Interest | J | T | | | | | |
| 81. Zions Bank Checking ▊ | A | Interest | J | T | | | | | |
| 82. Zions Bank--Internet MM ▊ | B | Interest | K | T | | | | | |
| 83. RDJ Family Trust ▊ 1/2 owner) | | None | J | T | | | | | |
| 84. Brokerage Acct #4 (Morgan Stanley)▊ ▊ | | | | | | | | | |
| 85. --Aquila Tx Fr Tr Utah C | A | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =S1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. --Templeton Bric C | A | Dividend | J | T | | | | | |
| 87. --Rydex Managed Futures Str C | A | Dividend | J | T | Buy | 03/12 | J | | |
| 88. --Ivy Asset Strategy C | A | None | J | T | Buy | 03/12 | J | | |
| 89. Zions Bank- Internet MM (JTG) | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Due to limited space in the section, only a middle initial of "T" could be added. Please understand that a full middle name of Thomas should be added.

Items 9-17 (Equivest IRA), directly correspond to items 11-20 as filed in the 2007 FDR. Name changes and mergers have occurred.

In the RDJ Family Trust (item 83), no interest was paid.

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T. | 05/07/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544